In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property and Liquidate the Business of the SOUTHERN SURETY COMPANY OF NEW YORK.

CORPORATE INVESTMENT COMPANY, Appellant.

(Submitted April 15, 1935; decided April 30, 1935.)

*Thomas L. Walsh* for appellant.

*Louis H. Pink, Walter B. Herendeen* and *Benjamin Potoker* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.